UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES D. HORNSBY, ADRIAN YARBROUGH, and SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) |
| | ) Civil Action No. 3:20-cv-00440 |
| Plaintiffs, | ) *Chief Judge Waverly D. Crenshaw, Jr* |
| | ) *Magistrate Judge Barbara D. Holmes* |
| v. | ) |
| DEMCO, INC., and PATRICK CALLAHAN, | ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS

James D. Hornsby, Adrian Yarbrough and the Southern Electrical Retirement Fund (Plaintiffs) voluntarily dismiss their complaint without prejudice. This action is not subject to Fed. R. Civ. P. 23(e), 23.1(c), 23.2, or 66, and the opposing party has not served an answer or a motion for summary judgment.

Respectfully submitted,

/s/ *R. Jan Jennings*
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel. (615) 254-8801
Email: janj@bsjfirm.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via U.S. First-Class Mail, postage pre-paid to

| | |
|---|---|
| DEMCO, Inc. | Patrick Callahan |
| 7397 Seneca Street | 7397 Seneca Street |
| East Aurora, NY 14052 | East Aurora, NY 14052 |

Dated this 26th day of June 2020.

          /s/ *R. Jan Jennings*
          R. Jan Jennings