UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES D. HORNSBY, ADRIAN YARBROUGH and SOUTHERN ELECTRICAL RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>DEMCO, INC., and PATRICK CALLAHAN,<br><br>Defendants. | NO. 3:20-cv-00440 |

## ORDER

The Plaintiffs have filed a Notice of Voluntary Dismissal (Doc. No. 8.) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE